**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**RENEE COATES, et al.,**                                        *

      **Plaintiffs**                                         *

   **v.**                                                      *

                                         **Civil No. 12-CV-03055-PWG**
                                               *

**MONTGOMERY COUNTY, MARYLAND, et al.,**            *

      **Defendants.**                                        *

                                                   *

<u>**NOTICE OF SETTLEMENT**</u>

      The Court is hereby notified that the parties have reached a settlement as to all remaining claims in this matter.  Upon execution of the appropriate documentation, which should occur withing the next ten(10) days, an appropriate stipulation of dismissal shall be filed.


Respectfully submitted,


     /s/ Gregory L. Lattimer
Gregory L. Lattimer [15462]
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-4513

Attorney for the Plaintiff